# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

HEATHER ROBINS, JILL CLARK,
and GREGORY WERSAL,

      Plaintiffs,

v.                                **ORDER**
                                Civil File No. 10-2073 (MJD/SER)

MARK RITCHIE, in his official
capacity as Minnesota Secretary
of State (and/or his successor),
TIMOTHY PAWLENTY, in his
official capacity as Governor of
the State of Minnesota (and/or his
successor), and JOHN DOES 1-300,

      Defendants.

_____

Jill Clark, Jill Clark, PA, Counsel for Plaintiffs.

Alan I. Gilbert, Solicitor General for the State of Minnesota, and Kenneth E. Raschke, Jr., Minnesota Attorney General's Office, Counsel for Defendants.

_____

      On January 26, 2011, the Eighth Circuit Court of Appeals issued its opinion and judgment in this case, remanding the case to this Court for dismissal.  On February 18, 2011, the Court of Appeals issued its mandate.

Therefore, in accordance with the opinion of the Eighth Circuit Court of Appeals and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

This case is **DISMISSED** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   February 18, 2011              s/ Michael J. Davis                
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court